IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Servando Rocha-Zamano,                :

    Plaintiff,                              :

v.                                                       :         Case No. 2:07-cv-0400

                                                :         JUDGE SARGUS
Commissioner of Social Security,
                                                         :
    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 24, 2008. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that this case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four.

Date: 4-15-2008

Edmund A. Sargus, Jr.
United States District Judge